

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00447-CV

———————————————

IN THE INTEREST OF L.G., K.M., AND J.H., CHILDREN

On Appeal from the 233rd District Court
Tarrant County, Texas
Trial Court No. 233-642555-18

Before Sudderth, C.J.; Wallach and Walker, JJ.
Memorandum Opinion by Justice Walker

**MEMORANDUM OPINION**

The trial court terminated Appellant Mother's parental rights to her children L.G., K.M., and J.H. after a jury trial. Mother's rights were terminated based on the jury's unanimous findings on endangerment, failure to comply with provisions of a court order required for the children's return to her, and the children's best interests.[1] *See* Tex. Fam. Code Ann. § 161.001(b)(1)(D), (E), (O), (2).

Mother's appointed appellate counsel has filed an *Anders* brief[2] in which she concludes that, after a thorough review of the appellate record, the appeal is frivolous. *See In re K.W.*, No. 02-23-00082-CV, 2023 WL 4289613, at *1 (Tex. App.—Fort Worth June 30, 2023, no pet.) (mem. op.). Counsel's brief meets the *Anders* requirements by presenting a professional evaluation of the record and showing why there are no arguable grounds to advance on appeal.

We provided Mother the opportunity to obtain a copy of the appellate record and to file a pro se response, but she has not done so. The Department of Family and Protective Services did not file a brief in response to the *Anders* brief but agreed with Mother's counsel that the appeal is frivolous in a letter to this court.

---

[1]The trial court also terminated the parental rights of the children's fathers. The fathers have not appealed.

[2]*Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967); *see In re K.M.*, 98 S.W.3d 774, 776–77 (Tex. App.—Fort Worth 2003, no pet.) (holding *Anders* procedures apply in termination-of-parental-rights cases), *disp. on merits*, No. 02-01-00349-CV, 2003 WL 2006583 (Tex. App.—Fort Worth May 1, 2003, no pet.) (mem. op.).

When an *Anders* brief is filed, we must independently examine the appellate record to determine if any arguable grounds for appeal exist. *In re C.J.*, No. 02-18-00219-CV, 2018 WL 4496240, at *1 (Tex. App.—Fort Worth Sept. 20, 2018, no pet.) (mem. op.). Having carefully reviewed counsel's brief and the appellate record, we agree with counsel that Mother's appeal is without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005); *In re D.D.*, 279 S.W.3d 849, 850 (Tex. App.—Dallas 2009, pet. denied). Therefore, we affirm the trial court's order terminating the parent–child relationship between Mother and the children.

Mother's counsel filed a motion to withdraw, but the record does not show good cause for withdrawal independent from counsel's conclusion that the appeal is frivolous. *See In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016) (order); *In re C.J.*, 501 S.W.3d 254, 255 (Tex. App.—Fort Worth 2016, pet. denied). Accordingly, Mother's counsel remains appointed through proceedings in the Texas Supreme Court unless otherwise relieved. *See P.M.*, 520 S.W.3d at 27–28; *see also* Tex. Fam. Code. Ann. § 107.016(2)(C).

/s/ Brian Walker

Brian Walker
Justice

Delivered: April 5, 2024